# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

UNITED STATES OF AMERICA,   :
               :
v.             :
               :  Case No.: 7:22-CR-0037 (WLS-TQL)
               :
URIAH WADE HALL,     :
               :
               :
   Defendant.      :
               :

## ORDER

On December 1, 2022, this Court Ordered the Parties to confer whether this matter was ready to proceed to trial. (Doc. 23.) Defendant filed a Response to this Court's Order on December 19, 2022. (Doc. 24.) Therein Defense Counsel represents that Defendant Hall wishes to resolve this matter and that the Parties anticipate requesting the Court to schedule a change of plea hearing. (Doc. 24.) The Court notes that Defense Counsel does not specifically represent that an agreement has been reached in this matter, however.

Accordingly, this Court still intends to notice this case for the February 2023 trial term. Defense Counsel is hereby **ORDERED** to immediately notice the Court if/when the Defendant enters into an agreement to resolve this matter without the need for trial. In the event that an agreement has not yet been reached, if this case is not ready for trial, Defense Counsel is hereby **ORDERED** to file a Motion to Continue by no later than December 27, 2022 for the Court's consideration.

**SO ORDERED**, this 20th day of December, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**